LRBorja.COM

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00017 |
| Plaintiff, | **COMPLAINT** |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE |
| LEYTON RAY BORJA, | [21 U.S.C. § 841(a)(1)] |
| Defendant. | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about February 9, 2007, in the District of Guam, the defendant herein, LEYTON RAY BORJA, did knowingly possess with intent to distribute over five (5) grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

COMPLAINANT FURTHER STATES:

I, THANH CHURCHIN, first being duly sworn, depose and state:

1. I am a Special Agent (S/A) with the U.S. Drug Enforcement Administration (DEA), and have been so employed since 1995. I have successfully completed the DEA sixteen (16) week basic agent academy where an intensive program of training was conducted on drug

-1-

identification, methods of drug trafficking, packaging and distribution. As a Special Agent of the DEA, I have participated in numerous investigations involving the possession, sale, and distribution of controlled substances such as methamphetamine, heroin, cocaine and marijuana. While participating in narcotics investigations, I have become familiar with the methods commonly utilized by persons involved in the distribution of controlled substances.

2. The following is based upon personal knowledge and conversations with other law enforcement officers.

3. On February 9, 2007, at approximately 5:00 a.m., Airport Police Officer Keith Santos responded to a disturbance call at Mai'Ana Airport Plaza Hotel, 253 Chalan Pasa Heru Road, room 203, Tamuning, Guam. As Officer Santos was approaching Room 203, he observed Leyton Ray BORJA walking towards room 207. Officer Santos noticed a bulge underneath BORJA's shirt and made contact with BORJA to inquire about the bulge. BORJA removed a police radio scanner from underneath his shirt and threw it at Officer Santos. After throwing the police radio scanner, BORJA lunged at Officer Santos. Officer Santos and other assisting officers arrested BORJA for assaulting a police officer and resisting arrest.

4. During the search of BORJA, Guam Police Officer P. J. Leon Guerrero removed a black fanny pack that was strapped to BORJA's waist. Officer Leon Guerrero conducted a search of the black fanny pack and found a clear plastic bag containing an off-white crystal substance, a digital scale, numerous 1" X 1" plastic baggies and 1.5" x 1.5" plastic baggies, small glass bongs, three cellular telephones, $985.00 in U.S. currency and other miscellaneous items.

5. On February 9, 2007, at approximately 10:40 a.m., Officer Leon Guerrero relinquished the aforementioned items to SA Thanh Churchin at the Guam Resident Office in Hagatna, Guam. The off-white crystal substance was weighed and field tested by SA Churchin. The field test gave positive indication for the presence of methamphetamine and the gross weight was approximately 5.7 grams.

6. I have presented this affidavit to Assistant U.S. Attorney Karon Johnson, and she has advised me that, in her opinion, the proposed complaint and affidavit is in proper form and is supported by probable cause.

7. Based on the foregoing, I have probable cause to believe, and do believe, that on February 9, 2007, LEYTON RAY BOJA, DOB: May 26, 1971, intentionally and knowingly possessed with intent to distribute 5.7 grams of methamphetamine, a Schedule II controlled substance, in the Territory of Guam, in violation of Title, 21, United States Code, Section 841 (a)(1).

FURTHER AFFIANT SAYETH NAUGHT.

THANH CHURCHIN
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN to before me this 12th day of February, 2007.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

-3-