# Criminal Case Cover Sheet

**U.S. District Court**

**07-00017**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __XXX__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

RECEIVED FEB 1 2 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: LEYTON RAY BORJA

Allisas Name: _____

Address: _____

Birthdate: 1971   SS#: XXX-XX-8149   Sex: M   Race: GU   Nationality: Chamorro

**U.S. Attorney Information:**

AUSA KARON V. JOHNSON

Interpreter: _XX_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty   ___ Misdemeanor   _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 2/15/07   Signature of AUSA: *Karon V. Johnson*

ORIGINAL