**Place of Offense:**

City _____Hagåtña_____          **Related Case Information:**          **07-00017**

Country/Parish ____N/A____          Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant ____XXX____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__          Matter to be sealed: _____ Yes __X__ No

**RECEIVED**

Defendant Name ____LEYTON RAY BORJA____

FEB 12 2007

Allisas Name _____

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Address _____

_____

Birthdate____1971____ SS# __XXX-XX-8149_____ Sex _M___ Race__GU___ Nationality _Chamorro_____

**U.S. Attorney Information:**

AUSA KARON V. JOHNSON

Interpreter: ___XX____ No _____Yes          List language and/or dialect: _____

**Location Status:**

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody

____ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: ___1___          _____ Petty _____ Misdemeanor ___X___ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine | 1 |
| Set | 2 | | |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __2/15/07__          Signature of AUSA: _Karon V Johnson_

ORIGINAL