AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

In the District of **GUAM**

UNITED STATES OF AMERICA

V.

**LEYTON RAY BORJA**

**WARRANT FOR ARREST**

Case Number: CR-07-00017

FILED
DISTRICT COURT OF GUAM
FEB 12 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LEYTON RAY BORJA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  **X** Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

in violation of Title __21__ United States Code, Section(s) __841(a1)__

**JOAQUIN V.E. MANIBUSAN, JR.**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**U.S. Magistrate Judge**
Title of Issuing Officer

**February 12, 2007; Hagatna, Guam**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. DISTRICT COURT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-12-07 | TFO MICHAEL PERRY | _[signature]_ |
| DATE OF ARREST | | |
| 2-12-07 | | |

Case 1:07-cr-00017  Document 4  Filed 02/12/2007  Page 1 of 2

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   **LEYTON RAY BORJA**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____