**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00017  DATE: February 12, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 3:42:18 - 3:46:36
CSO: B. Benavente

**APPEARANCES:**
Defendant: Leyton Ray Borja  Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: D. Punzalan/R. Lumagai
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance**
- Howard Trapp entered his appearance as retained counsel for defendant.
- Defendant waives reading of Complaint.
- Preliminary Examination hearing set for: February 22, 2007 at 2:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: