ORIGINAL

LRBorja.IND

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 14 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

**07-00017**

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. _____ |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** |
| LEYTON RAY BORJA, | ) [21 U.S.C. § 841(a)(1)] |
| Defendant. | ) |

THE GRAND JURY CHARGES:

On or about February 9, 2007, in the District of Guam, the defendant herein, LEYTON RAY BORJA, did knowingly possess with intent to distribute over five (5) grams of

\\
\\
\\
\\
\\

-1-

methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

Dated this 14th day of February, 2007.

A TRUE BILL.

*[signature]*
IRENE S. MAFNAS
Deputy Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney