RECEIVED

FEB 14 2007

US MARSHALS SERVICE-GUAM

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

**LEYTON RAY BORJA**

(Name and Address of Defendant)

### SUMMONS IN A CRIMINAL CASE

Case Number:    **CR-07-00017**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **DISTRICT COURT OF GUAM**<br>**4th FLOOR U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE** | **413** |
| Before   **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, February 15, 2007 at 1:00 P.M.** |

To answer a(n)

**X** Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title    **21**    United States Code, Section(s)    **841(a)(1)**

Brief description of offense:

**Possession with Intent to Distribute Methamphetamine Hydrochloride**

**FILED**

DISTRICT COURT OF GUAM

FEB 15 2007 nbo

MARY L.M. MORAN
CLERK OF COURT

**VIRGINIA T. KILGORE, DEPUTY CLERK**
Name and Title of Issuing Officer

Signature of Issuing Officer

**FEBRUARY 14, 2007**
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date  2/15/07 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS. Hagata, Gr

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   2/15/07
              Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.