# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00017-001　　　　　　　　　　DATE: February 15, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 1:34:26 - 1:56:08
CSO: B. Benavente

**APPEARANCES:**
Defendant: Leyton Ray Borja　　　　　　　　Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: None Present　　　　　　　U.S. Marshal: D. Punzalan / V. Roman
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defendant sworn and examined.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: April 10, 2007 at 9:30 a.m.
- Mr. Trapp moved for an Order to Show Cause hearing regarding the defendant's conditions of confinement and stated his reasons. Accordingly, the Court set an Order to Show Cause hearing for: February 20, 2007 at 1:30 p.m.
- Court ordered Deputy U.S. Marshal Punzalan to look into the matter and advise counsel of updated information.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: