HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM

FEB 1 6 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ( Criminal Case No. 07-00017 |
| Plaintiff, | ( REQUEST FOR PRODUCTION |
| | ) OF EXCULPATORY AND |
| vs. | ( IMPEACHMENT EVIDENCE |
| | ) (BRADY V. MARYLAND, 373 |
| LEYTON RAY BORJA, | ( U.S. 83 (1963).) |
| | ) |
| Defendant. | ( |

------------

Defendant requests that the government produce all
evidence favorable to Defendant and material either to guilt or to
punishment including, but not limited to, all information about its
witnesses that could cast doubt upon their credibility, and in
connection with the latter, that the government undertake, in
accordance with the policy set forth in United States v. Jennings,
960 F.2d 1488, 1492 n.3 (9th Cir. 1992), an examination of the
personnel files of its law enforcement officer witnesses for such
material.

        Dated, Hagåtña, Guam,

            February 17, 2007.



                                  _____
                                  HOWARD TRAPP
                                  HOWARD TRAPP INCORPORATED
(REQUESTS/PRODUCTION/LBorja)      Attorney for Defendant

ORIGINAL

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on February 19, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN