(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00017 |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| LEYTON RAY BORJA, | ) | |
| Defendant. | ) | |

------------

It is stipulated that the Order to Show Cause, heretofore set for hearing on February 20, 2007, at 1:30 P.M., be dropped from the calendar. The reason for this stipulation is that the concerns of Defendant which are the subject of the Order to Show Cause have been addressed to Defendant's satisfaction.

Dated at Hagåtña, Guam, this 20th day of February, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Stip/OSCHrg.LBorja)

ORIGINAL