ORIGINAL

leytonborja.851.info

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff. )<br>)<br>vs. )<br>)<br>LEYTON RAY BORJA, )<br>)<br>Defendant. )<br>) | CRIMINAL CASE NO. 07-00017<br><br>**INFORMATION CHARGING PRIOR DRUG CONVICTION**<br>[21 U.S.C. § 851] |

**NOTICE OF INTENTION TO SEEK ENHANCED
PENALTY AGAINST DEFENDANT**

Plaintiff, United States of America, pursuant to Title 21, United States Code, § 851, hereby informs the Court and defendant, LEYTON RAY BORJA, of its intention to seek an enhanced penalty in the event he is convicted of the pending Indictment.

Defendant, LEYTON RAY BORJA, has prior convictions for felony drug trafficking offenses, as follows. He was convicted in the Superior Court of Guam on March 11, 2003, of Delivery of a Schedule II Controlled Substance, Case No. CF64-02, in violation of Title 9, Guam Code Annotated, §§ 67.401.1(a) & (b)(1). This offense constitutes a "prior felony drug offense" as defined in 21 U.S.C. § 841(b)(1)(A)(viii).

He as convicted in the Superior Court of Guam on October 17, 2005, of Possession of a Schedule II Controlled Substance, Cr. No. CF591-03, in violation of Title 9, Guam Code Annotated, §§ 67.401.2(a) & (b)(1). This offense constitutes a "prior felony dug offense," as defined in 21 U.S.C. § 841(b)(1)(A)(viii).

Accordingly, the United States intends to pursue the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of the offense of Possession with Intent to Distribute Methamphetamine Hydrochloride (ice), as charged in the pending indictment.

Respectfully submitted this 20th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *signature*
KARON V. JOHNSON
Assistant U.S. Attorney