(ryu)

**HOWARD TRAPP INCORPORATED**
**200 Saylor Building**
**139 Chalan Santo Papa**
**Hagåtña, Guam 96910**
**Telephone (671) 477-7000**

**Attorney for Defendant**

### DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ( | Criminal Case No. 07-00017 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| **LEYTON RAY BORJA,** | ( | |
| Defendant. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the Order to Show Cause, heretofore set for hearing on February 20, 2007, at 1:30 P.M., is taken off the calendar.

Dated at Hagåtña, Guam, this 20th day of February 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**