ORIGINAL

Borja.851
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 21 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff. ) <br> ) <br> vs. ) <br> ) <br> LEYTON RAY BORJA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00017 <br><br> **AMENDED INFORMATION CHARGING PRIOR DRUG CONVICTION** <br> [21 U.S.C. § 851] |

### NOTICE OF INTENTION TO SEEK ENHANCED PENALTY AGAINST DEFENDANT

Plaintiff, United States of America, pursuant to Title 21, United States Code, § 851, hereby informs the Court and defendant, LEYTON RAY BORJA, of its intention to seek an enhanced penalty in the event he is convicted of the pending Indictment.

Defendant, LEYTON RAY BORJA, has prior convictions for felony drug trafficking offenses, as follows. He was convicted in the Superior Court of Guam on March 11, 2003, of Delivery of a Schedule II Controlled Substance, Case No. CF64-02, in violation of Title 9, Guam Code Annotated, §§ 67.401.1(a) & (b)(1). This offense constitutes a "prior felony drug offense" as defined in 21 U.S.C. § 841(b)(1)(A)(viii).

He was convicted in the Superior Court of Guam on October 17, 2005, of Possession of a Schedule II Controlled Substance, Cr. No. CF591-03, in violation of Title 9, Guam Code

1  Annotated, §§ 67.401.2(a) & (b)(1). This offense constitutes a "prior felony dug offense," as
2  defined in 21 U.S.C. § 841(b)(1)(A)(viii).
3    Accordingly, the United States intends to pursue the enhanced punishment of a term of
4  imprisonment not less than 10 years, and not more than life, in the event the defendant is
5  convicted of the offense of Possession with Intent to Distribute Methamphetamine Hydrochloride
6  (ice), as charged in the pending indictment.
7    Respectfully submitted this __21st__ day of February, 2007.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: _____
    KARON V. JOHNSON
    Assistant U.S. Attorney