leytonborjaind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 28 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEYTON RAY BORJA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00017 <br><br> **SUPERSEDING INDICTMENT** <br><br> **POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** <br> [21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2] |

THE GRAND JURY CHARGES:

On or about February 9, 2007, in the District of Guam, the defendant herein, LEYTON RAY BORJA, did knowingly and intentionally distribute approximately 4.2 grams net weight of

//
//
//
//
//
//

methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

Dated this 28th day of March, 2007.

A TRUE BILL.

Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2