# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00017            DATE: March 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:25:50 - 9:30:24 |
| CSO: B. Benavente | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Leyton Ray Borja | Attorney: Howard Trapp |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☑ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: John San Nicolas | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Superseding Indictment.
- Plea entered: Not guilty
- Trial set for: May 10, 2007 at 9:30 A.M.
- Defendant to remain in custody.

NOTES: