# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

LEYTON RAY BORJA

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-07-00017

**RECEIVED**
MAR 28 2007
US MARSHALS SERVICE-GUAM

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room | 413 |
|---|---|---|---|
| Before: | HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time | Friday, March 30, 2007 at 9:00 A.M. |

To answer a(n)

[X] Superseding Indictment   [ ] Information   [ ] Complaint   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2007
MARY L.M. MORAN
CLERK OF COURT

VIRGINIA T. KILGORE, Deputy Clerk
Name and Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

MARCH 28, 2007
Date

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]     Date   3/30/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hazelton, Gn

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   3/30/07
            Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.