# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00017-001　　　　　　　　　　DATE: April 25, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:52:53 - 2:14:33
CSO: B. Pereda

---

**APPEARANCES:**

Defendant: Leyton Ray Borja　　　　　　Attorney: Howard Trapp
☑Present ☑Custody ☐Bond ☐P.R.　　☑Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　U.S. Marshal: V. Roman / R. Okada
Interpreter:　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: July 31, 2007 at 10:00 a.m.
- Draft Presentence Report due to the parties: 7/3/2007
- Response to Presentence Report: 7/17/2007
- Final Presentence Report due to the Court: 7/24/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: