IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00017 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| LEYTON RAY BORJA, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to a Superseding Indictment charging him with Possession with Intent to Distribute less than five (5) grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on July 31, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 25, 2007**