(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM
JUL 13 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00017 |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| LEYTON RAY BORJA, | ) | |
| Defendant. | ) | |

It is stipulated that the time within which the parties must state in writing their objections to the presentence report be extended for three weeks, that is to say, to August 7, 2007, and that sentencing, heretofore set for July 31, 2007, be continued for approximately one month (but not later than August 31, 2007).

The reasons for the extension and continuance are that the presentence report raises a number of factual questions and issues of law which must be addressed by counsel for Defendant and that the failure to approve this stipulation would deny counsel for Defendant the reasonable time necessary for effective preparation. The reason that sentencing not be continued beyond August 31, 2007, is that counsel for the Government will be off-island during the

ORIGINAL

(STIPULATION)
Criminal Case No. 07-00017

month of September, 2007.

Dated at Hagåtña, Guam, this 13th day of July, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Stip/Stip.LBorja)

2