(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00017 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| LEYTON RAY BORJA, | ( | |
| Defendant. | ( | |

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the time within which the parties must state in writing their objections to the presentence report is extended to August 7, 2007, and that sentencing is postponed and continued to August 29, 2007, at 9:00 A.M.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Jul 16, 2007