HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00017 |
| Plaintiff, | ) | MOTION FOR HEARING |
| | ) | (18 U.S.C. § 851(c)(1)) |
| vs. | ) | |
| LEYTON RAY BORJA, | ) | |
| Defendant. | ) | |

------------

Defendant respectfully moves that the Court hold a hearing to determine the issues raised by the Response to Information of Prior Conviction served and filed in this proceeding on July 19, 2007.

Dated at Hagåtña, Guam, this 26th day of July, 2007.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Motion/Hrg.DistCt.LBorja)