(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00017 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| LEYTON RAY BORJA, | ( | |
| Defendant. | ( | |

A hearing to determine the issues raised by the Response to Information of Prior Conviction served and filed in this proceeding on July 19, 2007, is set for August 28, 2007, at 9:30:A.M.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
Dated: Aug 02, 2007