(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



**FILED**
DISTRICT COURT OF GUAM

AUG 2 1 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br>  Plaintiff, </br> </br> vs. </br> </br> LEYTON RAY BORJA, </br> </br>  Defendant. | Criminal Case No. 07-00017 </br> </br> AMENDED RESPONSE </br> TO INFORMATION OF </br> PRIOR CONVICTION </br> (21 U.S.C. § 851(c)) |

Each of the convictions alleged in the information of prior conviction heretofore filed and served in this proceeding is invalid in that the Superior Court of Guam accepted a plea of guilty without first, by addressing Defendant personally in open court, informing him of and determining that he understood the nature of the charge to which the plea was offered and the elements thereof. That the Superior Court of Guam accepted a plea of guilty without first, by addressing

(AMENDED RESPONSE TO INFORMATION OF PRIOR CONVICTION (21 U.S.C. § 851(c)))
Criminal Case No. 07-00017

Defendant personally in open court, informing him of and determining that he understood the nature of the charge to which the plea was offered and the elements thereof more fully appears from the transcripts of proceedings of which the documents annexed to the Response to Information of Prior Conviction heretofore filed in this proceeding are certified copies. That each of the convictions alleged in the information of prior conviction heretofore filed in this proceeding is invalid is clearly supported by *People v. Chung*, 2004 Guam 2, and *Bradshaw v. Stumpf*, 554 U.S. 175 (2005).)

    Dated, Hagåtña, Guam,

    August 20, 2007.

    Respectfully submitted,

    _____
    HOWARD TRAPP
    For HOWARD TRAPP INCORPORATED
    Attorney for Defendant

(DOCUMENT\AmendRpnseInfo.LBorja)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 21, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 21, 2007, I served the document to which this declaration is annexed on Maria C. Cruz, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy thereof at 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2007, at Hagåtña, Guam.

REINA Y. URBIEN