# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Leyton Ray Borja          CASE NUMBER: **CR-07-00017-001**

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

MOTION HEARING REGARDING INFORMATION TO ESTABLISH PRIOR CONVICTION

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | Tuesday, August 28, 2007 at 9:30 a.m. | Tuesday, October 9, 2007 at 9:30 a.m. |

<u>JEANNE G. QUINATA, CLERK OF COURT</u>
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 22, 2007**        /s/ Leilani R. Toves Hernandez
DATE                                                (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Howard Trapp, Esq.
         U.S. Probation Office
         U.S. Marshals Service