leytonborjastp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**DORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

OCT - 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00017 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE MOTION HEARING** |
| LEYTON RAY BORJA, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Howard Trapp, hereby moves this Honorable Court to continue the Motion Hearing Regarding Information to Establish prior Conviction date currently scheduled for October 9, 2007, to October 15, 2007, after 11:30 a.m.

//
//
//
//
//
//

| | |
|---|---|
| 1 | The parties make this request due to Assistant U.S. Attorney Karon Johnson is currently |
| 2 | off-island and was due back on October 8, 2007, but due to her spouse's unexpected surgery |
| 3 | complications her return date is now October 10, 2007. |

OCT 0 4 2007
DATE

HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/4/07
DATE

By: 

KARON V. JOHNSON
Assistant U.S. Attorney