## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-07-00017-001 　　　　　　　　　　　　DATE: October 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 11:36:45 - 12:04:00
CSO: L. Ogo

**APPEARANCES:**

Defendant: Leyton Ray Borja　　　　　　　Attorney: Howard Trapp
　　Present　Custody　Bond　P.R.　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　　U.S. Marshal: V. Roman / Greg Perez
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion Hearing - Regarding Information to Establish Prior Conviction**

- Clerk of Court for Superior Court of Guam ordered to submit declaration to the U.S. Attorney's Office regarding docket for defendant's cases by 10/19/07. Based on the declaration, U.S. Probation Officer instructed to amend presentence report if necessary and provide to counsel.
- Court will set matter for further proceedings if deemed necessary.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: