

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA, ) Case Number: **07-00017**
)
)
V. ) **D E C L A R A T I O N**
)
LEYTON RAY BORJA, )
_____ )

I, Richard B. Martinez, Clerk of Court, in and for the Superior Court of Guam make the following Declaration:

1. On October 15, 2007, I reviewed Superior Court of Guam file CF0591-03 and more specifically, the Notice of Entry of Docket and Declaration of Mailing prepared and filed on August 20, 2007 by Deputy Clerk Supervisor Joseph L. Bamba, for the Judgment filed on October 17, 2005;

2. On October 15, 2007, I reviewed Superior Court of Guam file CF0064-02 and more specifically, the Notice of Entry on Docket and Declaration of Mailing prepared and filed on August 20, 2007 by Deputy Clerk Supervisor Joseph L. Bamba, for the Judgment filed on April 14, 2003;

3. An Amended Notice of Entry on Docket and Declaration of Mailing on CF0064-02 was prepared and filed on August 28, 2007 by Deputy Clerk Domingo M. Nego to reflect the appropriate counsel of record;

4. On October 15, 2007, I reviewed the AS400 computer system to ascertain whether the judgments in CF0591-03 and CF0064-02 were immediately entered into docket as well as the Notice of Entry on Docket and Declaration of Mailing prepared, filed and mailed to the attorneys of record by the clerk. The AS400 system did not reflect such procedures were performed.

5. It is the policy and procedure in docketing that the clerk prepare, at the earliest practical time, a Notice of Entry on Docket and Declaration of Mailing once a judgment or order is filed and entered into docket. In this instance, the clerk inadvertently did not follow the procedures when disposing the cases in question, thus causing the untimely preparation of the Notice of Entry of Docket and Declaration of Mailing in criminal cases CF0591-03 and CF0064-02.

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST TO MY KNOWLEDGE.*

Dated this 16th day of October, 2007

/s/ Richard B. Martinez

ORIGINAL