**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-07-00017-001  DATE: October 30, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:41:35 - 12:39:56
CSO: B. Pereda

**APPEARANCES:**
Defendant: Leyton Ray Borja  Attorney: Howard Trapp
  Present  Custody  Bond  P.R.    Present  Retained  FPD  CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Proceedings continued to: November 19, 2007 at 9:00 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: