| | | |
|---|---|---|
| Rev. 5-10-2007 | United States District Court, District of Guam | |

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| HOWARD TRAPP INCORPORATED | (671) 477-7000 | 10/31/2007 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 200 SAYLOR BLDG., 139 CHALAN SANTO PAPA, HAGATNA | | GU | 96910 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR 07-00017 | USA V. LEYTON BORJA | 10. FROM 10/30/2007 | 11. TO 10/30/2007 |

| 12. PRESIDING JUDICIAL OFFICIAL | LOCATION OF PROCEEDINGS | |
|---|---|---|
| C.J. FRANCES M. TYDINGCO GATEWOOD | 13. CITY HAGATNA | 14. STATE GU |

**15. ORDER FOR**
- ☐ APPEAL
- ☒ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | 25 |
| ☒ SENTENCING | 10/30/2007 | 10:41:35 to 12:39 | |
| ☐ BAIL HEARING | | | |

**FILED DISTRICT COURT OF GUAM NOV - 1 2007**
**JEANNE G. QUINATA, Clerk of Court**

**17. ORDER**

- ☐ FTR Gold Format. Free player software included on CD.
- ☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- ☐ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- ☒ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

| Media: | ☒ CD   ☐ DVD | |
|---|---|---|
| NO. CD/DVD(s) | NO. COPIES | COSTS |
| | 1 | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| [signature] | 10/31/07 |

PROCESSED BY B. M. [signature] 10/31/07

**RECEIVED 31 OCT 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**