# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

V.

**LEYTON RAY BORJA**

**NOTICE**

CASE NUMBER: **CR-07-00017**

| TYPE OF CASE: | |
|---|---|
| ☐ CIVIL | X CRIMINAL |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | Tuesday, November 20, 2007 at 10:30 A.M. | Thursday, January 3, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 8, 2007      /s/ Virginia T. Kilgore
DATE      (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Howard Trapp, Esq.
         U.S. Probation Office
         U.S. Marshals Service