| | | | |
|---|---|---|---|
| Rev. 5-10-2007 | United States District Court, District of Guam | | |

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*      (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| HOWARD TRAPP INCORPORATED | (671) 477-7000 | 12/28/2007 | |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| 200 Saylor Building, 139 Chalan Santo Papa, Hagatna, | | GU | 96910 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR 07-00017 | USA vs. LEYTON BORJA | 10. FROM 10/30/2007 | 11. TO 10/30/2007 |
| 12. PRESIDING JUDICIAL OFFICIAL | | LOCATION OF PROCEEDINGS | |
| C.J. Frances M. Tydingco-Gatewood | | 13. CITY Hagatna | 14. STATE GU |

### 15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 10/30/2007 | | |
| ☐ BAIL HEARING | | | |

**FILED**
**DISTRICT COURT OF GUAM**
**DEC 2 8 2007**
**JEANNE G. QUINATA**
**Clerk of Court**

### 17. ORDER

☐ FTR Gold Format. Free player software included on CD.
☒ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
☐ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
☐ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: ☒ CD   ☐ DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| | 1 | |
| | | |

### CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| [signature] | 12/28/2007 |

ESTIMATE TOTAL

| PROCESSED BY | PHONE NUMBER |
|---|---|
| | |
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID |
| DEPOSIT PAID | 12/28/07 | [sig] | TOTAL CHARGES |
| CD/DVD DUPLICATED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 12/28/07 | [sig] | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD | 8/20/07 | [sig] | TOTAL DUE |