AO 443 (Rev. 11/07) Warrant for Arrest of Witness

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

LEYTON RAY BORJA

**WARRANT FOR ARREST OF WITNESS**

Case Number: CR-07-00017

To: The United States Marshal
and any Authorized United States Officer



RECEIVED
JAN
US MARSHALS SERVICE-GUAM

YOU ARE HEREBY COMMANDED to arrest    DAVID CEPEDA PANGELINAN
Name

and bring this witness forthwith before the District Court at    Hagatna
City

for the reason that the witness failed to appear.

YOU ARE FURTHER COMMANDED to detain the witness in custody until the witness is discharged by the court.

ORDERED BY

FRANCES TYDINGCO-GATEWOOD
Name of Issuing Officer

Chief Judge
Title of Issuing Officer

Signature of Issuing Officer

*Marilyn B. Alcon*
Signature of Deputy Clerk

01/03/2008    Hagatna, Guam
Date and Location

**FILED**
DISTRICT COURT OF GUAM

JAN 0 3 2008

JEANNE G. QUINATA
Clerk of Court

ORIGINAL

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named witness. Hagatna | | |
| DATE RECEIVED 1·3·08 | NAME AND TITLE OF ARRESTING OFFICER TFO RI Quichocho | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1·3·08 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

WITNESS' NAME: _____DAVID CEPEDA PANGELINAN_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____


INVESTIGATIVE AGENCY AND ADDRESS: