# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00017    DATE: January 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 9:05:46 - 10:48:34
CSO: B. Benavente

**APPEARANCES:**
Defendant: Leyton Ray Borja    Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson    U.S. Agent: Tom Churchin, D.E.A.
U.S. Probation: Maria Cruz    U.S. Marshal: D. Punzalan / T. Muna
Interpreter:    Language:

**PROCEEDINGS: Sentencing**
- Witnesses sworn and examined; Exhibit marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Government's oral motion to issue warrant for non-appearance of David Pangelinan who was subpoenaed to appear today granted.
- Defense counsel's request to exclude other witnesses during testimony granted.
- Defendant committed to the Bureau of Prisons for a term of 151 months.
- Upon release from imprisonment, defendant is placed on supervised release for a term of three years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

United States of America

V.

Leyton Ray Borja

**EXHIBIT AND WITNESS LIST**

Case Number: **CR-07-00017**

| PRESIDING JUDGE **FRANCES M. TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY **KARON JOHNSON** | DEFENDANT'S ATTORNEY **HOWARD TRAPP** |
|---|---|---|
| HEARING DATE (S) **JANUARY 3, 2008** | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Police Officer Keith J. Santos, called and sworn |
| | | | | | | DX by Ms. Johnson |
| | | | | | | Stipulation as to identity of defendant |
| | | | | | | 9:18:14 CX by Mr. Trapp |
| | | | | | | 9:27:36 Re-DX by Ms. Johnson |
| | | | | | | 9:28:23 Witness Excused |
| | | | | | | 9:28:33 Special Agent Tom Churchin, called and sworn |
| | | | | | | Objection as to hearsay by Mr. Trapp - Overruled |
| | | | | | | DX by Ms. Johnson |
| | 1 | | 1/3/08 | 1/3/08 | | Subpoena in a Criminal Case for David Cepeda Pangelinan |
| | | | | | | 9:35:40 End of DX |
| | | | | | | 9:36:11 Police Officer James G. Santos, called and sworn |
| | | | | | | DX by Ms. Johnson |

Page -1-

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWOOD** | | | | | | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**HOWARD TRAPP** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**JANUARY 3, 2008** | | | | | | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**VIRGINIA T. KILGORE** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 9:39:54 CX by Mr. Trapp | |
| | | | | | | 9:41:52 Witness Excused | |
| | | | | | | 9:58:48 Probation Officer Carleen Borja, called and sworn | |
| | | | | | | DX by Mr. Trapp | |
| | | | | | | 10:01:25 CX by Ms. Johnson | |
| | | | | | | 10:01:52 Witness Excused | |

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,

V.

LEYTON RAY BORJA

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 07-00017

TO: DAVID CEPEDA PANGELINAN

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE UNITED STATES DISTRICT COURT<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | COURTROOM<br>4th Floor |
|---|---|
| | DATE AND TIME<br>01/03/2008<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>JEANNE G. QUINATA, Clerk of Court | DATE 11/8/2007 |
|---|---|
| (By) Deputy Clerk<br>[signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KARON V. JOHNSON, Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave., Hagatna, Guam 96910

**GOVERNMENT EXHIBIT 1**

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE 12-28-07 | PLACE #153 DALE MURPHY TAMUNING |
| SERVED ON (PRINT NAME) DAVID PANGELINAN | | FEES AND MILEAGE TENDERED TO WITNESS YES   NO   AMOUNT $ |
| SERVED BY (PRINT NAME) TFO MARVIN DESAMITO | | TITLE TASK FORCE OFFICER |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___12-28-07___
            DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION