# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00017                                    DATE: January 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 4:08:33 - 4:11:28
                                                                   4:18:40 - 4:21:00
CSO: B. Benavente

**APPEARANCES:**

Defendant: Leyton Ray Borja                Attorney:
DEFENDANT NOT PRESENT                      ☐ Present  ☐ Retained  ☐ FPD  ☐ CJA
☐ Present  ☐ Custody  ☐ Bond  ☐ P.R.

U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: None Present               U.S. Marshal: T. Muna / D. Punzalan
Interpreter:                               Language:

**PROCEEDINGS: Order to Show Cause Why Witness David Pangelinan Should Not be Held in Contempt of Court for Failing to Appear**

- Federal Public Defender appointed.
- Proceedings continued to: January 4, 2008 at 9:10 A.M.
- Defendant released.

NOTES: