# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00017　　　　　　　　　　　　DATE: January 04, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　Electronically Recorded: 9:13:27 - 9:37:55
CSO: B. Benavente

**APPEARANCES:**

Defendant: Leyton Ray Borja　　　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Order to Show Cause Why Witness David Pangilinan Should Not Be Held in Contempt of Court for Failing to Appear**

- Government recommended one day incarceration.
- Parties to brief the issue of contempt.
- Government's brief due: 1/11/2008
- Witness brief due: 1/18/2008
- Reply brief due: 1/23/2008
- Hearing re Contempt Issue: February 5, 2008 at 9:00 a.m.

NOTES: Mr. David Pangilinan was sworn and examined.