ORIGINAL


JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAVID PANGELINAN

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-00017 |
| | ) | |
| Plaintiff, | ) | STIPULATION RESCHEDULE FILING |
| | ) | DEADLINES AND HEARING FOR |
| vs. | ) | DAVID PANGELINAN'S CONTEMPT |
| | ) | PROCEEDING |
| LEYTON RAY BORJA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the filing deadlines previously set by the court be continued to sometime in March 2008, at a time and date convenient to the court. It is also requested that the hearing currently for scheduled February 5, 2008, be continued to reflect the adjusted filing dates.

The parties make this request based upon defense counsel's late receipt of the government's opening memorandum on January 17, 2008. Defense counsel needs additional time

to review, research and address the issues raised by the government. Additionally, the request is made as a result of defense counsel's previously scheduled off-island commitments during the later part of January and February 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 18, 2008.

RICHARD P. ARENS
Attorney for Defendant
LEYTON RAY BORJA

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2