JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
DAVID PANGELINAN


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-00017 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| LEYTON RAY BORJA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on January 19, 2008, is HEREBY APPROVED. The filing

deadline is hereby extended to March 7, 2008. The contempt hearing is hereby continued to March

20, 2008 at 1:30 p.m..

So ordered.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jan 29, 2008**