




FEB 22 2008

JEANNE G. QUINATA
Clerk of Court

davidpangelinanrsp2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
LEYTON RAY BORJA,
Defendant.

CRIMINAL CASE NO. 07-00017

**UNITED STATES' RESPONSE TO DEFENDANT'S RESPONSE**

In essence, defendant David Pangelinan is asking this court to forget about his deliberate failure to respond to a subpoena. This matter needs to have its own criminal case number, so that the pleadings concerning it can be filed under his name, instead of Borja's. Unless this is done, there will be no record of any proceedings against Pangelinan at all.

Second, the government disagrees with defendant's assertion that there was confusion about the nature of the proceeding. There was no doubt that it was a criminal contempt: the nature of the proceeding was a sanction, as opposed to compelling a person to obey a court order. The question was, what procedure should be followed to properly institute it. The government proposes that in addition to entering an order to show cause, which will receive a case number

//

//

specifically for Pangelinan, the court also order the government's memorandum filed January 10, 2008, defendant's response filed February 14, 2008, and this response, transferred to the new case file.

Respectfully submitted this 21st day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
KARON V. JOHNSON
Assistant U.S. Attorney