AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ GUAM _____

**UNITED STATES OF AMERICA**

V.

**LEYTON RAY BORJA**

# NOTICE

CASE NUMBER: **CR-07-00017**

TYPE OF CASE:

☐ CIVIL     X   CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### ORDER TO SHOW CAUSE WHY DAVID PANGILINAN SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO APPEAR

X   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 20, 2008 at 11:00 A.M. | CONTINUED TO DATE AND TIME<br><br>March 18, 2008 at 10:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 14, 2008                                   Virginia T. Kilgore
DATE                                             /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
       Law Offices of Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service