**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00017  DATE: March 18, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:24:30 - 10:45:00
CSO: D. Quinata

**APPEARANCES:**
Defendant: David Pagilinan  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: None Present  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Order to Show Cause Why David Pangilinan Should Not be Held in Contempt for Failing to Appear**

- Government requested the Court to open a new case and issue an order to show cause and set an evidentiary hearing.

- Mr. Arens stated that Mr. Pangilinan has already made an admission and requested the Court to admonish him in a stern fashion.
- The Court denied the government's request. The Court issued a warning to Mr. Pangilinan and admonished him to abide by the conditions set in his local case.

NOTES: