# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 07-00017 |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF RECEIPT OF LETTERS OF SUPPORT** |
| LEYTON RAY BORJA, | |
| Defendant. | |

In the interest of full and complete disclosure, the court hereby advises the parties that for purposes of sentencing, it received the letters attached hereto in support of the Defendant, Leyton Ray Borja.

**IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 22, 2008

October 29, 2007

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re   United States vs. Leyton Ray Borja, CR 07-00017, District
     Court of Guam

Dear Judge Tydingco-Gatewood:

I am writing on behalf of Leyton Ray Borja whose parents I've known for over twenty years. Gloria Cordero mother of Leyton who was once my Secretary and co-worker with the Department of Public Works is a strong and dedicated employee as well as a very very strong, dedicated and committed mother. The love for God and her children is paramount above all. I would witness at times her children when they were younger coming to visit her at work. Leyton was one of those who I got to meet and in observing him was quiet and well behaved.

RECEIVED
OCT 29 2007
DISTRICT COURT OF GUAM
HAGATNA GUAM

RECEIVED
U.S. Probation Office
OCT 29 2007
Districts of Guam and NMI

US Attorney's Office
Districts of Guam & NMI
OCT 29 2007
Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

We know as God fearing parents that raising children is a charge given to us by Almighty God to raise our children in the way should go as the Bible says, which does not come in a silver platter, and a challenge because in this world of material possessions and temptations, we struggle to maintain and instill good moral values in our children and at the same time continue to do our business with everything else. We go through life doing what is best for our children and sometimes these trials and tribulations we face every day distracts us and deters us from keeping things in order in the family. We know that mistakes are made along life's path and regrets are sometimes too late when we err...and the heartache that comes along with it are unbearable.

However, I believe they are second chances in life that are given, and hope you will find it in your heart to consider whatever the punishment is for Leyton Borja, somewhat a wooing to that it will shed new light and life into this young man and allow him to prove himself to society and be a walking model for all to see. I have not known the young man since his early adult hood life, but certainly his mother who continually strives to be a strong parent and outstanding employee in her place of employment.

In closing, may I say that the God of our Lord and Saviour Jesus Christ, keep your heart and mind and give you the peace that passes all understanding the right words to hand down good judgement.

Yours sincerely,

*George B. Tydingco*

George B. Tydingco

(Letter.Judge.LBorja)

October 29, 2007

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



RECEIVED
OCT 29 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Re: *United States vs. Leyton Ray Borja, CR 07-00017, District Court of Guam***

Dear Honorable Judge Tydingco-Gatewood:

I am writing on behalf of Leyton Ray Borja, whom I have known for the last ten years and more importantly watched with great interest as this young man started to change his life, in the past four years. It is for a consideration of leniency that I write to you, as I have every confidence that justice will be served to Leyton by your compassionate and just hand.

I not only have worked with his mother Gloria Cordero at the Department of Public Works, but we are close friends. Our friendship has crossed over into our family lives and I have met and known her five children for many years. I have also witnessed the pain and anguish she experienced when her two sons Leyton and Lenny had their troubles with the law. I have also seen Leyton struggling to overcome the dysfunctions of being abused as a child, by his father. I have also seen the other side of Leyton, when he made healthy choices in his life and became an upstanding citizen of our community.

Please consider his choices and attitude during this four years, prior to this current incarceration. Leyton found something in the sport of grappling that allowed him to believe in himself and that in spite of what he experienced as an abused child, he can choose to end that vicious circle of abuse. So what happen you may ask? I understand that he injured himself and was told by his physician that he risks permanent injury should he continue professional competition. This was devastating news for Leyton and while I make no excuses for him and his choice to break the law, I saw his depression and what drove him to make this fatal choice.

Please also consider that his is a life worth saving, as he has a wife and children that he loves dearly and provides for. I pray that he be given an opportunity to have the life skill tools necessary to overcome his past and provide the foundation for a healthier life as a contributing member of our community again.

Sincerely,

Cynthia U. Jackson

RECEIVED
U.S. Probation Office

OCT 30 2007

Districts of Guam
and NMI

US Attorney's Office
Districts of Guam & NMI

Time OCT 29 2007 4:10 pm
Receiving name
Date keyed in Dbase
Entered into Dbase by:

MEMORANDUM

October 26, 2007

To: The Honorable Francis M. Tydingco-Gatewood
CHIEF JUDGE/District Court of Guam

From: COI IJ Mantanona

Subject: SECURITY EVALUATION

Reference: Leyton R. Borja

Ma'am
Detainee Borja has been under my supervision since June 03, 2007 to present and during my tour of duty he has been assigned as the block detail. This detail consists of cleaning the dayroom area, showers, and generally executing tasks as instructed by the correction officer assigned to that particular block.

Detainee Borja is a people person, very optimistic and is able to interact with his peers and with the officers assigned to the Federal detention facility with no confrontations or departmental infractions.

He maintains close family relations with his wife and mother, who he calls on a daily basis and gets visited on visitation days. Detainee Borja has displayed a compliant and respectful behavior toward staff members.

In my professional opinion detainee Borja displays the potential that he could be rehabilitated and become a productive citizen. He has always expressed that he has a drug problem, if given the proper programs and classes to deal with his drug addiction, upon his release he could be ready to be integrated to society.

IJ Mantanona
CORRECTIONS OFFICER I

**RECEIVED**

OCT 30 2007

CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

OCTOBER 25, 2007

MEMORANDUM

| | |
|---|---|
| To: | Honorable Francis M. Tydingco-Gatewood District Court of Guam |
| Info: | All Concerns |
| From: | COII John P. Siguenza<br>Badge #144 |
| Subject: | Security Evaluation |
| Reference: | Federal Detainee Leyton Ray Borja |

   Ma am this is to inform you thru my tenure tour of duty in Hagåtña Detention Facility as the Shift Leader. Detainee Leyton Borja has conformed with instructions if and when given by the various assigned Officers with no dilemmas. Certain hours within a day detainee Borja has been secured into his respective cell occupying himself either reading and or conversing with his assigned cell mate. If and when Fresh-Air are afforded this detainee has utilized his time by playing guitar, telephone usages, or participates in a T.V. viewing with other clients as well without incidents. Currently Detainee Borja has been chosen as a Unit Orderly under the Officers supervision with no complaints portraying at all. Being a Unit Orderly has kept this detainee under physical exhaustion which occupies his time while being incarcerated, and has showed a positive behavior toward the Officers assigned to Federal Detention Facility.

----------------------Submitted for your information. ----------------------------

SIGUENZA, JOHN P.
CORRECTION OFFICER II

**RECEIVED**

OCT 3 0 2007

CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

Shirley J. Chargualaf
47-417K Kapehe Street
Kaneohe, HI 96744

October 25, 2007



The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

Re    **United States vs. Leyton Ray Borja, CR 07-00017, District Court of Guam**

Dear Judge Tydingco-Gatewood:

I respectfully submit a letter of support for my nephew, Leyton Ray Borja, who will be sentenced on Tuesday, October 30, 2007. My name is Shirley J. Chargualaf and I am the aunt of Leyton Ray Borja (Leyton's mother's sister). I have known Leyton since birth and we have been neighbors until he left home as an adult. Our family ties have always been very close since his mother and I were the only family (sisters) on Guam.

Relative to Leyton's sentence, I understand that justice will be served in accordance to the laws of Guam, for the crime committed. However, with due respect, I humbly request your leniency and understanding when imposing his sentence.

Although there were several times in Leyton's life that he started over and tried to become a responsible and loving husband, father and son to his family and a productive individual in the community, temptations and influences overwhelmed and weakened him. Having known and seen him grow up, I truly believe that in Leyton's mind and heart the effects of abuse and lack of love and understanding from his dad that he truly craved for since he was a child, continue to lay dormant and unresolved. Leyton grew up working hard at home and in school, and although he has a mother who loves all her children and worked hard to provide for them, she was also faced with emotional and physical abuse by her spouse and lived in fear for 23 years. Finally after 23 years, Leyton's mother was able to leave the marriage to improve her life. Unfortunately, scars of an abused life continued to affect the lives of Leyton and his brother Lenny. I pray for Leyton that someday he will find peace and understanding and be able to move on to a better life with his wife Janice, children and family.

In closing, thank you your honor for the opportunity to submit a letter of support. I currently reside in Kaneohe, Hawaii and I will be submitting this letter via email through his wife Janice Borja. Should there be questions, I may be reached at

Yours sincerely,

Shirley J. Chargualaf

October 25, 2007

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

Re: United States vs. Leyton Ray Borja, CR 07-00017, District Court of Guam

Dear Judge Tydingco-Gatewood:

I am writing in behalf of, Leyton Borja, whom I know through his mother Gloria Cordero. I have known Ms. Cordero for three years and have always been close to her family; she has always treated me as part of her family. On the short time I have known them; I have always known Leyton to be a responsible, helpful and loving son, sibling, husband, father and friend. He was well into sports and his mom would always tell me how proud she is with her son in making his life better.

Trial and tribulations has always been a part of a person's life, and mistakes are often made to make one realize the value and importance of life. I understand that justice will be served for the crime he has committed however, I humbly request for your compassion and understanding on his sentencing.

Yours sincerely,

Mariam Kristina Alam

RECEIVED
OCT 29 2007
DISTRICT COURT OF GUAM
HAGATNA GUAM

RECEIVED
U.S. Probation Office
OCT 29 2007
Districts of Guam
and NMI

US Attorney's Office
Districts of Guam & NMI
Time OCT 29 2007 4:10pm
Receiving name
Date keyed in Dbase
Entered into Dbase by:

*Bernadita T. Perez*
*127 Anonas Court*
*Sinajana, Guam 96910*

October 22, 2007

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

**Re**     **United States vs. Leyton Ray Borja, CR 07-00017, District Court of Guam**

Dear Judge Tydingco-Gatewood:

My name is Mrs. Bernadita Tudela Perez; with all do respect and with your permission, I would like to say a few words on behalf of Leyton Ray Borja, the son of a dear friend and associate for many years, Ms. Gloria Cordero.

In the numerous occasions that I have conversed with Leyton, my impression of him were that of a young and personable individual. Further, he has always shown me the greatest of respect, courteous with a ready smile and a willingness to assist anyone in need, in any way.

As a mother of four, I do intimately understand Ms. Cordero's dilemma and the trauma she is experiencing; the hurt she is suffering, that only a mother can realize and feel.

In closing, I would like to express my wish for your understanding and compassion, that you as jurisprudence and the authority may provide Leyton with leniency.

Yours Sincerely,

Bernadita T. Perez

RECEIVED
OCT 29 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

RECEIVED
U.S. Probation Office
OCT 29 2007
Districts of Guam
and NMI

US Attorney's Office
Districts of Guam & NMI
Time _____ OCT 29 2007 4/0pm
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

Florencia Q. Lewis                           11/9/207      (1)
P.O. Box 4072
Ogono, Guam 96932

To: Honorable, Frances M. T. Gatewood,

   Yours Honorable,
I am Florencia Q. Lewis, mother of Janice Q. Borja.
I like to let you know of all the emotional
that I've been keeping it in my chest, heart + head.
My son in law is Leyton Borja, husband of
my daughter Janice Borja.

Step kids — Two kids a girl name
           + a son — — — name

I've been staying with this family for many years.
I've been seeing how Leyton treating this two
lovely grands of mine. Step father Leyton Borja
Home at  206, for — was always lock up in the Bedroom
Perez Acres
Yigo
Home at 207, same took place
Marines Terrace Yigo
                                   (bedroom)
Leyton the step father was a wrestler at 209 during
this time 206 + 207,
Janice Borja mother was working at Royal Orchid Tumon, daytime +
sometime night time I was at the house.
This family was getting to go to some place.
       got finish get dress, he walk out to the car
I was peeping out from the window, Leyton bent the
boy chest he told him to get in the car he start
beating the boy tight, so I walk out right quick to
the car + ask Leyton why he is punching the boy
he said that he was angry on him.
Most of the time he abuses the two kids,
they will tell the mother. But the mother
tell them "drama again". I can't tell my daughter

Janice what was the husband doing
cause for my age 67 year 68 year & 69 year
they both sometime abuse me.
so I held in on my heart.

This husband & wife leave the two kids
night time by them self, & give them
order not to answer the phone.

For ____, she is growing up & she knows
it hard on her cause Lyton will get angry
to the mother & beat her up in front of her
two kids.

Lyton he is very bad to be around the
two kids especially went he calls the house
he will start a family violence on a private
phone, & for the Recorder phone he will use
for a nice Talking.

Please if they can do something
for step father to cut seeing this two kids it's
better life for the two.

I am concern of ____ school to be finish
& also for the boy. ____ they don't have their
real father cause he pass away.

The reason why I wrote this letter
to you, cause I read Janice statement to
the court, she is making a fault statment,
they're using the two kids as a key to let
Lyton come out from the jail.

26 7 year at Marin's Terraces Yigo on the middle
of the night Lyton called the house & I answer
the phone. He told me to pack up & leave the house
cause he is going to kill my daughter & the two kids.

if I didn't get out, so I start packing up & leave the house.

My sister was there with me Mrs. Amelia Q. Torres. We rented emergency apt down the street Mrs. Amelia apt. #5 Tiga for $250. a month.

I move in the apt. Leyton, was looking for his wife and the 2 kids, There are sleeping in fact my sister in law & my brother was their cause they came over to watch TV at my apt.

Lyton came & start Harassing me, So I called Dededo police, & gave the message.

In my life so much happing with this man Lyton Bojas no one knows Till & how I've to let you know all of this things. Sometime my Daughter Janice call me "Fat you" cause of what I think of her. She got no respect for her mother, + I am the only person taking care of her all the time + her two kids still up to now.

Year 206.
Perez Acres 207 it happen the 2 kids sleeping upstair mother working at night Lyton left the kids alone, + the light was still on. She told _ to sut the light off but the kids is scared at night, so they fall asleep asleep + they the didn't make the light off.

I came over cause they called me the two floor lamp broke & smash all the broken stuff was on the carpet + no one clean

(4)

So while I was cleaning I ask who did smack the lamp, They said Lyton took the big broom + smack the two big lamp, they cry cause he wanted to beat out their head too.

I cry + cry, even when I was writing this letter to you, Your honor, its hurt.

I my self I never visit Lyton, on my ownself cause when I look at him it like the man will never stop of his hapbit he'll get old down like that.

He got three small dog, This dog will mess on the floor + pee + Mrs. Boya will make the 2 kids clean the mess or tell to play outside + leave inside the house alone with him.

my Xiga Happen's motor cycle was in the leaving Room Harley Davison he put all news paper around + mothes up stairs, so he inteded to burn a small smoke to pretoria, an did't, so he called + kick the Boy stomach hard Lyton called me up + I Rush to the house, I got in I ask what going on, he told me that he kick stomach cause he try to burn his motor cycle, He was wreasling during this time, He said I want to be Bot like me, Your Honor

at the back of this page. ⑤

The mother of this two kids receiving money from their real father Richard Carl____, They're just using this for there "Key"

I wanted to make apptment with you - or one good thing don't let the mother know if you alone + the two kids + ask Questions, But do not let the mother knows what is all about.

I said my prayer day + night, to make me strong grandmother, for the sake of _____ + _____, to grow up + finish their High School. So that they'll be smothing good in their lifetime with respect to me,

As of Right now, I am with my Daughter Jaine, + _____,

Take them to school
pick _____ up at 2:15 Delgazz elementary school
Xijo, _____ " _____ Zoie, Xijo
then at 3:30 middle school _____
everyday I take care of them ever since
Lyton in the jail Agana,

Last Week I got so angry to Lyton Cause he called _____ instruct Rica not to go with me to pick my son Tonie He was down in Agana fishing, so what happen is Lyton don't want _____ to follow me, I'll _____ the phone _____ I spoke to Lyton I tell the Law what you've been doing to this kids

[left margin, vertical:] Phone Lyton cales + arguing on the phone, He does not keep from very confinedent - He got lots of money. This is way of going + when my daughter come, way of doing it + of course outside.

Case 1:07-cr-00017   Document 73   Filed 05/22/2008   Page 15 of 17

(6)

I am very scard cause Lyton got
no Connection out side,
even for my daughter or the two kids.
a person using heavy drug in their life
Never quick, no matter what,
Family visiting all the time
kids are more happy if that mom is
away from them,
what I am doing at their house
I clean the house cause its furty
dog mess + pis all over inside the house
Dirty cloth, from bedroom to kitchen
washing there cloth
+ be with the kids all the time
Cook for them, everything,
pick them after school

Janice wetting nose, He can't tell
the mother, He got to come to my room
+ tell me, cause he scard Lyton will
get angry on him + send him to the room
Janice is picturing that Lyton love the
kids "No"
its a key for him to get out
The kids can't tell cause he made
a promise to them that why the
kids scard.
            Sincerely,
        Thank you for reading
     this letter
69 year Widow Mrs. Florencia Q. Lewis.

Mrs. Honorio J. Lewis
P.O. Box 4092
Agana, Guam 96932

RECEIVED
NOV 14 2007
C. Palacios
CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

To: Honorable M. T. G. Tydingco
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910